IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-695 |
| | : | |
| RUBEN RODRIGUEZ | : | |

**ORDER**

AND NOW, this 2nd day of September, 2026, upon consideration of Defendant Ruben Rodriguez's Motions for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(a)(1)(A)(i) and (c)(2) and the Government's oppositions to the Motions, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motions (ECF Nos. 77, 81) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.